# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00446-CR

Larry Randall Steele,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
12th District Court of Madison County, Texas
Judge David W. Moorman, presiding
Trial Court Cause No. 25-14707

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant appealed from a pretrial motion for discovery which he contends was "denied by operation of law" after it was "ignored" for 31 days. Generally, a criminal defendant may only appeal from a final judgment of conviction absent some other statutory authority. *See* TEX. CODE CRIM. PROC. art. 44.02; *State v. Sellers*, 790 S.W.2d 316, 321 n.4 (Tex. Crim. App. 1990). There is no statutory authorization for an appeal from the denial of a motion

for discovery.  *See Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014) ("Jurisdiction must be expressly given to the courts of appeals in a statute."). We therefore dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 43.2(f).

_____

LEE HARRIS
Justice

OPINION DELIVERED and FILED:  December 11, 2025

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Appeal dismissed
Do Not Publish
CR25

